IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

TISHA HENDERSON, §
      Plaintiff, §
§
v. § No. 3:21-cv-320-M (BT)
§
FEDERAL BUREAU OF §
INVESTIGATION, et al., §
      Defendants. §

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has taken under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated March 18, 2021. The Court has reviewed the Findings, Conclusion, and Recommendation for plain error and has found none.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED** this 12th day of April, 2021.

_____
BARBARA M. G. LYNN
CHIEF JUDGE